UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES NOGOSEK, individually on behalf of himself and all other Minnesota residents and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | Civil Action No. 07-CV-2262 JRT/FLN |

**ORDER STAYING LITIGATION PENDING SETTLEMENT**

Based upon the foregoing Stipulation of the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that further proceedings in the above captioned action are hereby stayed pending submission, consideration, ruling and implementation of any order entered by the United States District Court for the District of Washington in the matter of *Grays Harbor Adventist Christian School, et al. v. Carrier Corporation*, No. 05-05437 RDL (W.D. Wash.) ("*Grays Harbor*") on the Parties' anticipated request for approval of a settlement of the *Grays Harbor* case and all related cases.

Dated: November 7, 2007

s/ *Franklin L. Noel*
Magistrate Judge Franklin L. Noel
United States District Court for the
District of Minnesota

62492.1